THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW CONFESSORE, Appellant.— In the Court of Special Sessions of the City of New York, Borough of Brooklyn, defendant was convicted of the crime of unlawfully possessing and having under his control a habit forming drug, and he was sentenced

to imprisonment in the New York Penitentiary. Judgment and orders unanimously affirmed. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.